John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California  94111-4500
Tel:  415/263-7000; Facs: 415/263-7010
Email: jfiero@pszjlaw.com

Brad T. Summers (OSB No. 911116)
David W. Criswell (OSB No. 925930)
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Tel:  503/228-2525; Facs: 503/295-1058
Email: tsummers@balljanik.com

Attorneys for Debtor Arlie & Company

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 10-60244-aer11 |
| ARLIE & COMPANY, | |
| Debtor. | |
| ARLIE & COMPANY, | Adv. Proc. No. 11-06018 |
| Plaintiff, | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (1) DECLARING PIONEER'S LIEN VOID, AND (2) SUSTAINING PLAINTIFF'S OBJECTION TO PIONEER'S PROOF OF CLAIM** |
| v. | |
| PIONEER ASSET INVESTMENT LIMITED, a Hong Kong corporation, | |
| Defendant. | |

## <u>LBR 7007-1(a)(1)(A) CERTIFICATION</u>

Pursuant to Local Bankruptcy Rule 7007-1(a)(1)(A), the undersigned counsel for Arlie &

Company, the debtor and debtor-in-possession herein (the "Debtor" or "Plaintiff")[1] certifies that

---

[1] All capitalized terms not defined herein shall have the meanings set forth in the accompanying Memorandum of Points and Authorities.

**Page 1 -** **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (1) DECLARING PIONEER'S LIEN VOID, AND (2) SUSTAINING PLAINTIFF'S OBJECTION TO PIONEER'S PROOF OF CLAIM**

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

05437-001\DOCS_SF:76005.4

the parties have met and conferred in good faith to resolve this dispute through telephone communications and emails, but have been unable to resolve the dispute. Plaintiff's counsel has requested that Pioneer Asset Investment Limited ("Pioneer") withdraw its alleged claim of holding a security interest in five parcels of real property located in Hilo, Hawaii (the "Hawaii Parcels") based on controlling legal authorities, and that Pioneer accept alternative treatment under Plaintiff's proposed plan of reorganization. Pioneer has refused to do so. On February 24, 2011 and on March 2, 2011, Plaintiff's counsel advised Pioneer that it would seek summary judgment based on undisputed facts to be heard on or before the hearing scheduled regarding sale of the Hawaii Parcels.

## MOTION FOR SUMMARY JUDGMENT

Plaintiff brings this motion for summary judgment ("Motion") pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and section 362(a) of the Bankruptcy Code because the undisputed facts demonstrate that Pioneer's mortgage purporting to encumber the Hawaii Parcels was recorded after Plaintiff filed its petition for bankruptcy and in violation of the automatic stay. As a matter of law, Pioneer's claim is unsecured. Accordingly, Plaintiff seeks summary judgment (1) declaring Pioneer's lien void, and (2) sustaining Plaintiff's objection to Pioneer's proof of claim alleging a security interest in the Hawaii Parcels.

This Motion is supported by the accompanying Notice of Motion, Memorandum of Points and Authorities, the Concise Statement of Material Facts, the Declarations of Suzanne K. Arlie, John J. Musumeci, and John D. Fiero and exhibits thereto, and any other evidence properly before the Court, prior to or, at any hearing on the Motion.

WHEREFORE, Plaintiff requests that the Court enter an order:

1.    Granting the Motion and determining that the Purported Lien is void;

2.    Sustaining Plaintiff's objection to the alleged secured status of Pioneer's Claim; and

3.    Granting such other and further relief as is just and proper.

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

DATED:  March 3, 2011.

PACHULSKI STANG ZIEHL & JONES LLP


By  */s/ John D. Fiero*
John D. Fiero (CA Bar No. 136557)

-and-

BALL JANIK LLP
David W. Criswell (OSB No. 925930)
Brad T. Summers (OSB No. 911116)

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

05437-001\DOCS_SF:76005.4

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing

*Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

*Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

*Concise Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

*Declaration of Suzanne Arlie in Support of Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

*Declaration of John J. Musumeci in Support of Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

*Declaration of John D. Fiero in Support of Plaintiff's Motion for Summary Judgment (1) Declaring Pioneer's Lien Void, and (2) Sustaining Plaintiff's Objection to Pioneer's Proof of Claim*

 on the following party:

## by CM/ECF:

- JOHN D ALBERT on behalf of Creditor Siuslaw Bank (darlene@albertandtweet.com, beth@albertandtweet.com)

- JOHN F BARG on behalf of Interested Party John Musuemci (jfb@bcltlaw.com, cgw@bcltlaw.com)

- LINDA F CANTOR on behalf of Debtor Arlie & Company (lcantor@pszjlaw.com)

- CONRAD K CHIU on behalf of Creditor Fifth Third Bank (cchiu@pryorcashman.com)

- BRADLEY S COPELAND on behalf of Creditor Summit Bank (bcopeland@agsprp.com, soconnor@agsprp.com)

- JOHN D FIERO on behalf of Debtor Arlie & Company (jfiero@pszjlaw.com, ocarpio@pszjlaw.com, ksuk@pszjlaw.com, azaragoza@pszjlaw.com)

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

- MICHAEL W FLETCHER on behalf of Creditor Tonkon Torp LLP (michael.fletcher@tonkon.com, tammy.brown@tonkon.com)

- THOMAS A HUNTSBERGER on behalf of Counter-Claimant Mark Roberts (tom@tahpc.com)

- THOMAS A HUNTSBERGER on behalf of Defendant Mark Roberts (thuntsberger@ecf.epiqsystems.com)

- P REBECCA KAMITSUKA on behalf of U.S. Trustee US Trustee, Eugene

- TEDDY M KAPUR on behalf of Debtor Arlie & Company (tkapur@pszjlaw.com, slee@pszjlaw.com )

- MICHAEL P KEARNEY on behalf of Debtor Arlie & Company (mpk@kearneyatlaw.com, mholley@agsprp.com)

- ALBERT N KENNEDY on behalf of Creditor Tonkon Torp LLP (al.kennedy@tonkon.com, leslie.hurd@tonkon.com, larissa.stec@tonkon.com)

- JUSTIN D LEONARD on behalf of Debtor Arlie & Company (jleonard@bjllp.com, jweisenbach@balljanik.com)

- JOHN CASEY MILLS on behalf of Creditor Umpqua Bank (casey.mills@millernash.com, brenda.hale@millernash.com)

- WILSON C MUHLHEIM on behalf of Creditor Century Bank (ecf@mb-lawoffice.com)

- P SCOTT McCLEERY on behalf of Creditor Gartland, Nelson, McCleery, Wade & Walloch, P.C. (scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com)

- FRANK F McGINN on behalf of Creditor Iron Mountain Information Management, Inc. (ffm@bostonbusinesslaw.com)

- ANDREW P PARKS on behalf of Creditor Summit Bank (aparks@agsprp.com, lstevenson@agsprp.com)

- TERESA H PEARSON on behalf of Creditor Umpqua Bank (teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com)

- DANIEL P PEPPLE on behalf of Creditor Bank of America (dpepple@pjcs.com, dawnanderson9@pjcs.com, jsteinert@pjcs.com)

- JACKSON SCHMIDT on behalf of Creditor Bank of America (jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com)

- DOUGLAS R SCHULTZ on behalf of Creditor Committee Unsecured Creditors Committee (schultz@gleaveslaw.com, kirsten@gleaveslaw.com)

- BRAD T SUMMERS on behalf of Debtor Arlie & Company (tsummers@balljanik.com, akimmel@balljanik.com)

- US Trustee, Eugene (USTPRegion18.EG.ECF@usdoj.gov)
- PATRICK W WADE on behalf of Creditor Washington Federal Savings (hhecfb@hershnerhunter.com)
- HEATHER M WALLOCH on behalf of Creditor Gartland, Nelson, McCleery, Wade & Walloch, P.C. (heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com)
- GILBERT B WEISMAN on behalf of Creditor American Express Bank FSB (notices@becket-lee.com)
- DOUGLAS R WILKINSON on behalf of Counter-Defendant 2911 Tennyson Avenue, LLC (doug@thorp-purdy.com, skelley@thorp-purdy.com)
- ARNOLD M WILLIG on behalf of Creditor Bank of America (arnie@hackerwillig.com, debbie@hackerwillig.com, donna@hackerwillig.com, eshea@hackerwillig.com, alena@hackerwillig.com, kristen@hackerwillig.com)

and on the following parties by mailing a full, true and correct copy in a sealed first-class postage

prepaid envelope, addressed to the parties listed below, and deposited with the United States

Postal Service at San Francisco, California on the date set forth below:

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

James R. Hanks
JRH Transportation Engineering
4765 Village Plaza Lp #201
Eugene, OR 97401

Micheal Roberts
1919 Myers Road
Eugene, OR 97401

WmThomas Construction
POB 2409
Florence, OR 97439

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

John C Fisher
767 Willamette St #201
Eugene, OR 97401

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Jerry Vicars
Fabrication & Mechanical Group Inc
POB 42173
Eugene, OR 97404

John C Fisher
c/o Mark Roberts
767 Willamette St #201
Eugene, OR 97401

**Page 3 -**   **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (1) DECLARING PIONEER'S LIEN VOID, AND (2) SUSTAINING PLAINTIFF'S OBJECTION TO PIONEER'S PROOF OF CLAIM**

Pioneer Asset Investment Limited
c/o Wilson C. Muhlheim, Esq.
88 East Broadway
Eugene, OR  97401


DATED:  March 3, 2011                    /s/ Casey Stevens

                                         Casey Stevens

**Page 4 -**    **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (1) DECLARING PIONEER'S LIEN VOID, AND (2) SUSTAINING PLAINTIFF'S OBJECTION TO PIONEER'S PROOF OF CLAIM**

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

05437-001\DOCS_SF:76005.4