| | | |
|---|---|---|
| NOHIH (2/18/11) jlw | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br><br>March 16, 2011<br><br>Clerk, U.S. Bankruptcy Court<br><br>BY **jlw** DEPUTY |

In re )
**Arlie & Company** )  Case No. 10–60244–fra11
        Debtor(s) )
)
**Arlie & Company** )  Adv. Proc. No. 11–06018–fra
**et al.** )
        Plaintiff(s) )
)
        v. )  **RESCHEDULED**
**Pioneer Asset Investment Limited** )  NOTICE OF HEARING
**et al.** )
        Defendant(s) )
)

**PLEASE TAKE NOTICE** that a Hearing, at which testimony will not be received, will be held:

    **DATE:** 4/1/11    **TIME:** 01:30 PM

    **LOCATION:** US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401

to consider and act upon the following:

Motion For Summary Judgment Filed by Plaintiff Arlie & Company

This notice reschedules the hearing previously scheduled for March 31, 2011.


                                                                                                        Clerk, U.S. Bankruptcy Court